695 A.2d 198

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Daniel S. CHANG, Respondent.

Misc. (Subtitle AG), No. 30, Sept. Term, 1997.

Court of Appeals of Maryland.

June 20, 1997.

## ORDER

This matter came before the Court on a Joint Petition of the
Attorney Grievance Commission of Maryland and the Respon-
dent to suspend the Respondent by consent. Upon consider-
ation of said petition, it is this 20th day of June 1997,

ORDERED, that the Respondent, Daniel S. Chang, be and
he is hereby suspended from the practice of law in the State of
Maryland for a period of six months effective June 21, 1997.
It is further,

ORDERED, that the clerk of this Court shall remove the
name of Daniel S. Chang from the register of attorneys in this
Court until further order of this Court and certify that fact to

---

the Clients' Security Trust Fund and the clerk of all judicial tribunals in this State in accordance with Rule 16–713 of the Maryland Rules.